1  Patrice L. Bishop (182256)
   service@ssbla.com
2  **STULL, STULL & BRODY**
3  10940 Wilshire Boulevard
   Suite 2300
4  Los Angeles, CA  90024
   Tel:   (310) 209-2468
5  Fax:   (310) 209-2087

6  [Additional Counsel Appear on Signature Page]

7  *Counsel for Plaintiff*

8

9              **UNITED STATES DISTRICT COURT**
10             **CENTRAL DISTRICT OF CALIFORNIA**
                      **SOUTHERN DIVISION**
11

| | |
|---|---|
| SHARON PAGE, on Behalf of Herself All Others Similarly Situated,  Plaintiff,  v.  IMPAC MORTGAGE HOLDINGS, INC., JOSEPH R. TOMKINSON, WILLIAM S. ASHMORE, JAMES WALSH, FRANK P. FILIPPS, STEPHAN R. PEERS, WILLIAM E. ROSE, LEIGH J. ABRAMS, GRETCHEN D. VERDUGO, SHERALEE URBANO, THE IMPAC MORTGAGE HOLDINGS, INC. EMPLOYEE COMPENSATION AND BENEFITS COMMITTEE, and DOES 1 through 20,  Defendants. | CASE NO. SACV07-1447 AG (MLGx)  **CLASS ACTION**  **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**  Date:   September 14, 2009 Time:   10:00 a.m. Dept.:  Courtroom 10D Judge:  Hon. Andrew Guilford |

1 TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2 PLEASE TAKE NOTICE that on September 14, 2009, at 10:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Andrew Guilford, located at the United States District Court for the Central District of California, Southern Division - Ronald Reagan Federal Building and U.S. Courthouse, 411 West Fourth Street, Room 10D, Santa Ana, CA 92701, Plaintiff Sharon Page will, and hereby does, move the Court for Final Approval of a proposed Class Action Settlement, pursuant to Fed. R. Civ. P. 23(e).

This Motion is made following the conference of counsel pursuant to L. R. 7-3 which took place by telephone on August 21, 2009.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Law, the Declaration of Edwin J. Mills In Support of Plaintiff's Motions For Final Approval of Class Action Settlement And For Approval of the $300,000 "Fee And Expense Award" Provided For In Paragraph 20 to 22 of Stipulation of Settlement executed on August 24, 2009, the Declaration of Thomas J. McKenna In Support of Plaintiff's Motions For Final Approval of Class Action Settlement And For Approval of the $300,000 "Fee And Expense Award" Provided For In Paragraph 20 to 22 of Stipulation of Settlement executed on August 24, 2009, in support thereof, the pleadings and other files herein, and such other written or oral argument as may be permitted by the Court.

Attached to the Stipulation of Settlement (Docket Entry 62) as Exhibit 4 is the form of order and final judgment to which the parties have agreed and which Plaintiff requests that the Court enter.

1 | Respectfully submitted this 24 day of August, 2009.

**STULL, STULL & BRODY**

By: s/ Edwin J. Mills
Edwin J. Mills
6 East 45th Street
New York, NY 10017
Tel:   (212) 687-7230
Email: emills@ssbny.com

**STULL, STULL & BRODY**
Patrice L. Bishop
10940 Wilshire Boulevard
Suite 2300
Los Angeles, CA  90024
Tel:   (310) 209-2468
Fax:   (310) 209-2087
Email: service@ssbla.com

**GAINEY & McKENNA**
Thomas J. McKenna
295 Madison Avenue, 4th Floor
New York, NY 10017
Tel:   (212) 983-1300
Fax:   (212) 983-0383
E-mail: tjmlaw2001@yahoo.com
           tjmckenna@gaineyandmckenna.com

*Attorneys for Plaintiff*

2