1  Patrice L. Bishop (182256)
   service@ssbla.com
2  **STULL, STULL & BRODY**
   10940 Wilshire Boulevard
3  Suite 2300
4  Los Angeles, CA 90024
   Tel:  (310) 209-2468
5  Fax:  (310) 209-2087

6  *Counsel for Plaintiff*



CHAMBERS COPY - DO NOT FILE

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 14 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| SHARON PAGE, on Behalf of Herself All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>IMPAC MORTGAGE HOLDINGS, INC., JOSEPH R. TOMKINSON, WILLIAM S. ASHMORE, JAMES WALSH, FRANK P. FILIPPS, STEPHAN R. PEERS, WILLIAM E. ROSE, LEIGH J. ABRAMS, GRETCHEN D. VERDUGO, SHERALEE URBANO, THE IMPAC MORTGAGE HOLDINGS, INC. EMPLOYEE COMPENSATION AND BENEFITS COMMITTEE, and DOES 1 through 20,<br><br>　　　　　Defendants. | CASE NO. SACV07-1447 AG (MLGx)<br><br>**CLASS ACTION**<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR APPROVAL OF THE $300,000 "FEE AND EXPENSE AWARD" PROVIDED FOR IN PARAGRAPHS 20 to 22 OF STIPULATION OF SETTLEMENT<br><br>Date:   September 14, 2009<br>Time:   10:00 a.m.<br>Dept.:  Courtroom 10D<br>Judge:  Hon. Andrew Guilford |

1  It is hereby ORDERED that Plaintiff's Motion for Approval of the $300,000 "Fee and Expense Award" provided for in paragraphs 20 to 22 of the Stipulation of Settlement [Docket Entry No. 62] is granted. In accordance with paragraph 22 of the Stipulation of Settlement the sum of $2,500 shall be paid to Plaintiff Sharon Page as a Case Contribution Award. The sum of $297,500 shall be paid by Impac Mortgage Holding, Inc. to Plaintiff's counsel for their attorneys' fees and expenses in accordance with paragraph 20 of the Stipulation of Settlement. The sum of $297,500 shall be divided among Plaintiff's counsel in accordance with their agreement.

Dated: September 14, 2009

_____
United States District Judge
ANDREW J. GUILFORD

## Melanie Jacobs

| | |
|---|---|
| **From:** | cacd_ecfmail@cacd.uscourts.gov |
| **Sent:** | Monday, August 24, 2009 5:18 PM |
| **To:** | ecfnef@cacd.uscourts.gov |
| **Subject:** | Activity in Case 8:07-cv-01447-AG-MLG Page v. Impac Mortgage Holdings, Inc et al Motion for Attorney Fees |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered by Mills, Edwin on 8/24/2009 at 5:18 PM PDT and filed on 8/24/2009

| | |
|---|---|
| **Case Name:** | Page v. Impac Mortgage Holdings, Inc et al |
| **Case Number:** | 8:07-cv-1447 |
| **Filer:** | Sharon Page |
| **Document Number:** | 68 |

**Docket Text:**
**NOTICE OF MOTION AND MOTION for Attorney Fees** *and Approval of Fee and Expense Award* **filed by plaintiff Sharon Page. Motion set for hearing on 9/14/2009 at 10:00 AM before Judge Andrew J. Guilford. (Attachments: # (1) Proposed Order)(Mills, Edwin)**


**8:07-cv-1447 Notice has been electronically mailed to:**

Angela K Knarr     angie.knarr@lw.com, #ocecf@lw.com

Edwin J Mills      emills@ssbny.com

Jules Brody        jbrody@ssbny.com

Michael J Klein    mklein@ssbny.com

Michele D Johnson    michele.johnson@lw.com, #ocecf@lw.com, jana.roach@lw.com

Miles N Ruthberg     miles.ruthberg@lw.com

Patrice L Bishop     service@ssbla.com


8/24/2009

Peter W Devereaux      peter.devereaux@lw.com

Thomas J McKenna      tjmlaw2001@yahoo.com

**8:07-cv-1447 Notice has been delivered by First Class U. S. Mail or by fax to: :**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\Fee&ExpenseMtn.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=8/24/2009] [FileNumber=8332073-0]
[7eea34f96c284883921a5178776984ee3aa98e097aa91edc2ed0c463ac52109095d8
a5eb6b2f4f99250c85fa0c41b428e6f4e2c08c310a6d683eac5835901532]]
**Document description:**Proposed Order
**Original filename:**C:\fakepath\Proposed Fee Order (8-24-09).pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=8/24/2009] [FileNumber=8332073-1]
[247868368017b28acf1382758c68218ab865609d1f9981cad39422724afb4c4d7bb0
15a53f6432aecc263203b7712aed1c520c872fe03e2b0003d16f3c120cf9]]

8/24/2009